IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA SMITH, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA; and DOES 1 through 10, )<br>inclusive, )<br> )<br> Defendants. )<br>_____ ) | 2:12-cv-03042-GEB-CMK<br><br>STATUS (PRETRIAL SCHEDULING)<br>ORDER |

 The status (pretrial scheduling) conference scheduled for hearing on March 18, 2013, is vacated since the parties' Joint Status Report filed on March 4, 2013 ("JSR") indicates the following Order should issue.

 DOE DEFENDANTS, SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

 The parties indicate in the JSR that they do not presently anticipate adding any parties or amending the pleadings. However, they "propose a July 26, 2013 deadline for joinder of parties and amendment of pleadings." (JSR 2:8-12.)

 Therefore, the parties have until July 26, 2013, to file a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to file an Amended Complaint substituting a named defendant in place of a Doe defendant and/or otherwise amending the pleadings. The referenced motion(s) must be noticed for hearing on the Court's earliest

available law and motion date. If leave is not sought as stated, Does 1 through 10 will be automatically dismissed from this action.

No further service, joinder of parties, or amendments to pleadings is permitted, except with leave of Court for good cause shown.

### ADDED PARTY'S OPPORTUNITY TO SEEK AMENDMENT OF THIS ORDER

If a new party is joined pursuant to the leave given above, a copy of this Order shall be served on that party concurrently with the service of process.

That party has 30 days after said service within which to file a "Notice of Proposed Modification of Status Order." Although a newly-joined party's proposed modification filed within this thirty day period will not have to meet the good cause standard, no further amendments will be permitted, except with leave of Court for good cause shown.

### DISCOVERY

All discovery shall be completed by March 5, 2014. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before November 4, 2014, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before December 4, 2014.

MOTION HEARING SCHEDULE

The last hearing date for a motion is May 5, 2014, commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local Rule 230.

The parties are cautioned that an untimely motion characterized as a motion in limine may be summarily denied.

FINAL PRETRIAL CONFERENCE

The final pretrial conference is set for July 7, 2014, at 1:30 p.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In addition, all persons representing themselves and appearing in propria persona must attend the pretrial conference.

The parties are warned that **non-trial worthy issues could be eliminated *sua sponte*** "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." Portsmouth Square v. S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference. The joint pretrial statement shall address the applicable portions of Local Rule 281(b), and shall set forth each theory of liability ("claim") and affirmative defense which remains to be tried, and the ultimate facts on which each theory/defense is based. Furthermore, each party shall estimate the length of trial.[2] The Court uses the parties' joint pretrial

---

[1] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

[2] If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.

statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference. See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir. 1999)("There is no requirement that the court hold a pretrial conference.").

If feasible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov.

## TRIAL SETTING

Trial shall commence at 9:00 a.m. on October 7, 2014.

IT IS SO ORDERED.

Dated:  March 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge